Gerald Singleton (SBN 208783)
Ross J. Peabody (SBN 98190)
SINGLETON LAW FIRM, APC
857 E. Main Street
Ventura, California 93001
Tel:   (619) 771-3473
Fax:   (619) 255-1515
gerald@slffirm.com
ross@slffirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT OF CALIFORNIA

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMEDLEY<br><br>    Plaintiff,<br><br>    v.<br><br>CARNIVAL CORPORATION, and PRINCESS CRUISE LINES LTD.,<br><br>    Defendant. | Case No. 2:21-CV-00065<br><br>**PLAINTIFFS MOTION TO DISMISS** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COME NOW, Plaintiff William Smedley, by and through his undersigned counsel, and file as his Plaintiff's Notice of Dismissal, and would respectfully show the Court as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Pursuant to Rule 41(a)(1), at this time, prior to the Defendants in this matter, the
2  Plaintiff is giving notice that he no longer wishes to pursue, and is thereby giving notice of
3  this dismissal of, the claims and causes of action previously asserted on his behalf in this
4  matter.

5  Respectfully Submitted.

7  Dated: February 11, 2021        SINGLETON LAW FIRM, APC

8  By:  */s/Gerald Singleton*
          Gerald Singleton
9         Attorneys for Plaintiff